# NO. 12-10-00147-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

§

*IN RE: DEVON ENERGY*
*PRODUCTION CO., L.P.,*  §   *ORIGINAL PROCEEDING*
*RELATOR*

§

---

*MEMORANDUM OPINION*
*PER CURIAM*

On August 17, 2010, this Court issued an opinion and order directing the respondent trial court to vacate its March 5, 2010, order denying the relator's motion to strike the petition in intervention, and to issue an order granting the relator's motion. On August 20, 2010, we received an order signed by the respondent that complied with this Court's opinion and order.

All issues attendant to this original proceeding having been disposed of, this proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed.***

Opinion delivered August 25, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)